AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

**ORIGINAL**

United States of America
v.
Ethan Kendrick Harris

)
)
) Case No. 4:23cr84
) FID: 11614809
) FBI
)

*Defendant*

RECEIVED UNITED STATES MARSHAL
2023 NOV 15 A 11: 03
EASTERN DISTRICT OF VIRGINIA NORFOLK DIVISION

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Ethan Kendrick Harris,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

T.18:2252A(a)(2) and (b)(1) - Receipt of Child Pornography

Date: 11/13/2023

*Brandt*
*Issuing officer's signature*

City and state: Newport News, Virginia

Douglas E. Miller, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 11/15/23, and the person was arrested on *(date)* 11/16/23
at *(city and state)* NEWPORT NEWS, VA.

Date: 11/17/23

*Arresting officer's signature*

DUSM TAVAREZ FOR FBI SA MALDONADO
*Printed name and title*